No. D–688. IN RE DISBARMENT OF MAGEDMAN. It is ordered that Nelson Samuel Magedman, of Canoga Park, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–689. IN RE DISBARMENT OF TRILLING. It is ordered that Michael P. Trilling, of Gaithersburg, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–690. IN RE DISBARMENT OF DORSEY. It is ordered that Thomas Joseph Dorsey, of Miami, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 86–492. BOYLE, PERSONAL REPRESENTATIVE OF THE HEIRS AND ESTATE OF BOYLE v. UNITED TECHNOLOGIES CORP. C. A. 4th Cir. [Certiorari granted, 479 U. S. 1029.] Motion of Joan Tozer for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 86–957. LILJEBERG v. HEALTH SERVICES ACQUISITION CORP. C. A. 5th Cir. [Certiorari granted, 480 U. S. 915.] Case restored to calendar for reargument on April 25, 1988.

No. 87–519. MAYNARD, WARDEN, ET AL. v. CARTWRIGHT. C. A. 10th Cir. [Certiorari granted, 484 U. S. 1003.] Motion of Roger Dale Hayes for leave to file a brief as *amicus curiae* granted.

No. 87–5677. HARRIS v. REED, WARDEN, ET AL. C. A. 7th Cir. [Certiorari granted, *ante*, p. 934.] Motion for appointment of counsel granted, and it is ordered that Kimball R. Anderson, Esq., of Chicago, Ill., be appointed to serve as counsel for petitioner in this case.